UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. BECKER, | ) | Civil No. 08cv2199-L(CAB) |
| Plaintiff, | ) ) | **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION** |
| v. | ) ) | |
| SPACEDEV, INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On October 14, 2009 the parties filed a Joint Motion Regarding Amended Complaint and Related Response Dates ("Joint Motion"). The parties stipulated to Plaintiff's filing of an amended complaint and significantly extending the due date for Defendants' response to the amended complaint and briefing schedule on a motion to dismiss, if any.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties' request to allow the filing of an amended complaint is **GRANTED.** Their request to extend the date for filing a response pursuant to Rule 15(a)(3) and the briefing schedule set forth by Civil Local Rule 7.1 is **DENIED**. Rule 6(b) requires a showing of good cause for extension of due dates. The parties did not attempt to show good cause or provide any explanation for their request in this regard.

/ / / / /

/ / / / /

/ / / / /

1     For the foregoing reasons, the Joint Motion is **GRANTED IN PART AND DENIED IN
2 PART**.
3     **IT IS SO ORDERED.**

5 DATED: October 15, 2009

                                               M. James Lorenz
                                               United States District Court Judge