1  JOHN F. CANNON, State Bar No. 149263
   jcannon@sycr.com
2  KENT W. EASTER, State Bar No. 199838
   keaster@sycr.com
3  SUSAN M. LOGAN, State Bar No. 253632
   slogan@sycr.com
4  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
5  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
6  Facsimile:  (949) 725-4100

7  Attorneys for Defendants
   SPACEDEV, INC., MARK N. SIRANGELO,
8  RICHARD B. SLANSKY, SCOTT TIBBITTS,
   CURT DEAN BLAKE, HOWELL M. ESTES
9  III, SCOTT MCCLENDON, ROBERT S.
   WALKER, HANS J. STEININGER, G. SCOTT
10 HUBBARD and PATRICIA G. SMITH

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO**

| | |
|---|---|
| ROBERT E. BECKER, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPACEDEV, INC., MARK N. SIRANGELO, RICHARD B. SLANSKY, SCOTT TIBBITTS, CURT DEAN BLAKE, HOWELL M. ESTES III, SCOTT MCCLENDON, ROBERT S. WALKER, HANS J. STEININGER, G. SCOTT HUBBARD and PATRICIA G. SMITH,<br><br>Defendants. | Case No. 08 CV 2199 L CAB<br>Honorable M. James Lorenz<br>Complaint Filed: November 26, 2008<br>Amended Complaint Filed: October 14, 2009<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE AMENDED CLASS ACTION COMPLAINT**<br><br>**(FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF)**<br><br>Hearing Date:  March 22, 2010<br>Hearing Time:  10:30 a.m.<br>Dept.: Courtroom 14 (5th Floor)<br><br>Discovery Cut-off:  None<br>Trial Date:  None |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE AMENDED COMPLAINT
DOCSOC/1382061v1/101248-0004

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on March 22, 2010 at 10:30 a.m., or as soon thereafter as the matter can be heard in this Court, located in Courtroom 14 (5th Floor) at 940 Front Street, San Diego, California 92101, Defendants SpaceDev, Inc.; Mark N. Sirangelo; Richard B. Slansky; Scott Tibbitts; Curt Dean Blake; Howell M. Estes III; Scott McClendon; Robert S. Walker; Hans J. Steininger; G. Scott Hubbard and Patricia G. Smith ("Defendants") will and hereby do (1) move to dismiss Plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws, For Violation of Fiduciary Duty to Disclose, Duty of Good Faith, Trust, Loyalty, and For Aiding and Abetting (the "Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) move to strike Count V (i.e., Am. Compl. ¶¶ 82-84) and paragraphs F-G of the Prayer for Relief (i.e., p. 22, lns. 23-25) of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f).

The Motion to Dismiss is made on the grounds that the Amended Complaint fails to state claims for relief under the Exchange Act of 1934, Delaware law, and other applicable law and has failed to plead adequately pursuant to the PSLRA. Further, the Motion to Strike is made on the grounds that the Amended Complaint requests rescissory relief that is unavailable as a matter of law and that Count V of the Amended Complaint is alleged against third parties Sierra Nevada Corporation and SDV Acquisition Corp., who are not named as defendants in the action. These Motions are based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Kent W. Easter and exhibits thereto, and such additional matters that shall or may be judicially noticed, including the pleadings and court file.

Dated: December 15, 2009         By:    s/ Kent W. Easter
                                         Attorney for Defendants
                                         E-mail: keaster@sycr.com

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE AMENDED COMPLAINT
DOCSOC/1382061v1/101248-0004

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF ORANGE       )

I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. On December 15, 2009, I served the within documents:

**NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE AMENDED CLASS ACTION COMPLAINT**

|   |   |
|---|---|
|   | I sent such document from facsimile machine (949) 725-4100 on December 15, 2009. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 725-4100 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the party(ies) listed below. |
|   | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below. |
|   | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ✓ | by placing the document(s) listed above in a sealed FEDERAL EXPRESS package for overnight delivery at Newport Beach, California addressed as set forth below. |
|   | I certify that on December 01, 2008, I caused the document(s) listed above to be served via electronic mail to the person(s) at the address(es) set forth below. |

SEE ATTACHED LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 15, 2009, at Newport Beach, California.

*Chevalier Jones* (signature)
Chevalier Jones

*Robert E. Becker, et al. v. SpaceDev, Inc., et al.*
United States District Court Case No. 08 CV 2199 L CAB

Kirk B. Hulett, Esq.
Sarah P. Weber, Esq.
Lindsay J. Foster, Esq.
HULETT HARPER STEWART LLP
525 B Street, Suite 760
San Diego, CA 92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139
*Attorneys for Plaintiff, Robert E. Becker*


OF COUNSEL:

Seth D. Rigrodsky, Esq.
Brian D. Long, Esq.
RIGRODSKY & LONG, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801
Telephone:    (302) 295-5310
Facsimile:    (302) 654-7530

Laurence Rosen, Esq.
Philip Kim, Esq.
THE ROSEN LAW FIRM P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone:    (212) 686-1060
Facsimile:    (212) 202-3827

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2
PROOF OF SERVICE
DOCSOC/1382061v1/101248-0004