HULETT HARPER STEWART LLP
KIRK B. HULETT, SBN: 110726
SARAH P. WEBER, SBN: 239979
LINDSAY J. FOSTER, SBN: 254008
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiff, Robert E. Becker

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BECKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACEDEV, INC., MARK N. SIRANGELO, RICHARD B. SLANSKY, SCOTT TIBBITTS, CURT DEAN BLAKE, HOWELL M. ESTES III, SCOTT McCLENDON, ROBERT S. WALKER, HANS J. STEININGER, G. SCOTT HUBBARD and PATRICIA G. SMITH,<br><br>Defendants. | Case No. 08 CV 2199 L CAB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>JUDGE: Honorable M. James Lorenz<br>CTRM: 14 |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert |
| 2 | E. Becker, by and through his undersigned counsel, hereby dismisses all claims against Spacedev, |
| 3 | Inc., Mark N. Sirangelo, Richard B. Slansky, Scott Tibbitts, Curt Dean Blake, Howell M. Estes |
| 4 | III, Scott Mcclendon, Robert S. Walker, Hans J. Steininger, G. Scott Hubbard and Patricia G. |
| 5 | Smith, in the above-captioned action. |

DATED: February 4, 2010          HULETT HARPER STEWART LLP

  */s/ Sarah P. Weber*
SARAH P. WEBER

525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Attorneys for Plaintiff, Robert E. Becker

**PROOF OF SERVICE**
*Robert E. Becker v. Spacedev, Inc., et al.*
CASE NO: 08 CV 2199 L CAB

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on February 4, 2010, I served the following document(s) entitled: **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** on ALL INTERESTED PARTIES in this action.

■ **BY MAIL**: By placing a true copy thereof in a sealed envelope addressed as listed below, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Joseph Russello
Rigrodsky & Long, P.A.
585 Stewart Avenue,
Suite 304
Garden City, NJ 11530

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filling system on all registered parties.

☐ **BY FAX:** I transmitted a copy of the foregoing document this date via telecopier to the above referenced counsel, I caused the machine to print a transmission record of the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2010, at San Diego, California.

                                          */s/ Sarah P. Weber*
                                          SARAH P. WEBER